926

No. 99–10048. MUELA SOLIS *v.* WYOMING. Dist. Ct. Wyo., Weston County. Certiorari denied.

No. 99–10098. PENA *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 00–28. L. B. SIMMONS ENERGY, INC., DBA ROCKET OIL CO., ET AL. *v.* KOCH INDUSTRIES, INC., ET AL.; and
No. 00–175. KOCH ET AL. *v.* KOCH INDUSTRIES, INC., ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 203 F. 3d 1202.

No. 00–29. MARCUM *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 00–41. M. J. B. *v.* V. C. Sup. Ct. N. J. Certiorari denied.

No. 00–52. GOLD KIST INC. ET AL. *v.* HOOPER ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–66. MADRAY ET AL. *v.* PUBLIX SUPERMARKETS, INC. C. A. 11th Cir. Certiorari denied.

No. 00–67. MICHAELS, EXECUTOR OF THE ESTATES OF POPOWITZ ET AL., DECEASED *v.* AVITECH, INC., AKA HARGER AVIATION. C. A. 5th Cir. Certiorari denied.

No. 00–70. CAMPER *v.* FEDERAL EXPRESS CORP. C. A. 6th Cir. Certiorari denied.

No. 00–147. AKINS *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 00–163. TROY *v.* PIERCE COUNTY, WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 00–165. JAMES *v.* NEWSWEEK, INC. C. A. 2d Cir. Certiorari denied.

No. 00–166. MCNASPY *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 00–167. EMC CORP. *v.* BRAITSCH. C. A. 4th Cir. Certiorari denied.